```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 11546
   FREDRICK J TRAWICK
   ROSALYN WILLIAMS TRAWICK                  CHAPTER 13

                                             JUDGE: JACQUELINE P COX
              Debtor
    SSN XXX-XX-6070     SSN XXX-XX-7539


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/28/2007 and was confirmed 09/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/30/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
HSBC                       CURRENT MORTG         .00           .00            .00
HSBC                       UNSECURED      NOT FILED            .00            .00
BARCLAYS CAPITAL REAL ES   CURRENT MORTG         .00           .00            .00
CALVARY PORTFOLIO SVCS     UNSECURED      NOT FILED            .00            .00
COMCAST                    UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION          UNSECURED      NOT FILED            .00            .00
ECHO                       UNSECURED      NOT FILED            .00            .00
FIRST REVENUE ASSURANCE    UNSECURED      NOT FILED            .00            .00
FOOT & ANKLE CARE LTD      UNSECURED        1955.38            .00            .00
INGALLS MIDWEST EMERGENC   UNSECURED      NOT FILED            .00            .00
INGALLS SAME DAY SURGERY   UNSECURED      NOT FILED            .00            .00
K MART                     UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED        3100.09            .00            .00
OAK LAWN MRI               UNSECURED      NOT FILED            .00            .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         482.37            .00            .00
ST JAMES OLYMPIA FIELDS    UNSECURED      NOT FILED            .00            .00
USA ONE CREDIT UNION       UNSECURED        1230.03            .00            .00
WOW INTERNET & CABLE SER   UNSECURED      NOT FILED            .00            .00
ZTEL COMMUNICATIONS        UNSECURED      NOT FILED            .00            .00
HSBC                       MORTGAGE ARRE     247.46            .00          79.36
BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE    5981.89            .00        5981.89
LVNV FUNDING LLC           UNSECURED          37.79            .00            .00
CCS INC                    UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
COOK COUNTY STATES ATTOR   UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED      NOT FILED            .00            .00
GUARANTY BANK              UNSECURED      NOT FILED            .00            .00
ACN                        UNSECURED      NOT FILED            .00            .00
STATE OF ILLINOIS          UNSECURED      NOT FILED            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 11546 FREDRICK J TRAWICK & ROSALYN WILLIAMS TRAWICK
```

```
WELL GROUP HEALTH PARTNE  UNSECURED      NOT FILED           .00              .00
COHEN & KROL              DEBTOR ATTY    3,599.00                          515.58
TOM VAUGHN                TRUSTEE                                          523.17
DEBTOR REFUND             REFUND                                              .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,100.00

PRIORITY                                              .00
SECURED                                          6,061.25
UNSECURED                                             .00
ADMINISTRATIVE                                     515.58
TRUSTEE COMPENSATION                               523.17
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                   7,100.00                7,100.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/17/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                             PAGE   2
       CASE NO. 07 B 11546 FREDRICK J TRAWICK & ROSALYN WILLIAMS TRAWICK